PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

FILED

MAY 1 4 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Stephanie Heller

Crim. No. SA-12-CR-00891-1-FB

On May 17, 2013, Stephanie Heller was sentenced in U.S. District Court, Western District of Texas, San Antonio Division, to a 60 month term of probation on both counts to run concurrently for the offense of Count 1: Conspiracy to Commit Bribery and Wire Fraud and Count 2: Bribery of a Public Official. On May 17, 2013, the Defendant began her term of probation, which was scheduled to be in effect until May 16, 2018. The probation officer now reports that the probationer has complied with the terms and conditions of probation, with the exception of her remaining balance of ($56,731.19) in restitution and is no longer in need of any type of Court supervision. Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer recommends that the probationer be discharged from probation.

Respectfully submitted,

_____
Adrian Ramirez
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this __14th__ day of __May__, __2018__.

_____
Fred Biery
United States District Judge